UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:22-cv-01862-MCS (MAA)**                                    Date:  **January 5, 2023**

Title    **Jonathan Archuleta v. Chad Bianco et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|           Narissa Estrada           |                 N/A                  |
|-------------------------------------|--------------------------------------|
|            Deputy Clerk             |        Court Reporter / Recorder     |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|          N/A                     |            N/A                    |

**Proceedings (In Chambers):**   Order to Show Cause Regarding Failure to File Notice of Interested Parties

On October 27, 2022, the Court ordered Plaintiff Jonathan Archuleta ("Plaintiff") to file a Notice of Interested Parties by no later than November 28, 2022. (ECF No. 4.)

To date, Plaintiff has not filed a Notice of Interested Parties. Plaintiff is **ORDERED TO SHOW CAUSE** by **February 6, 2023** why the Court should not admonish Plaintiff for failure to comply with a Court order. If Plaintiff files a Notice of Interested Parties on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken. (A form Notice of Interested Parties is attached.)

It is so ordered.

Attachment: Form CV-30 (Certification and Notice of Interested Parties)